**COMMISSIONER OF INTERNAL REVE-NUE v. Bruce E. and Katherine GENTRY.**

**COMMISSIONER OF INTERNAL REVE-NUE v. I. A. CRAIG.**

No. 13910.

United States Court of Appeals, Fifth Circuit.

July 24, 1952.

Melva M. Graney, Lee A. Jackson, Hilbert P. Zarky, Sp. Assts. to Atty. Gen., Ellis N. Slack, Acting Asst. Atty. Gen., Mason B. Leming, Acting Chief Counsel, John M. Morawski, Special Atty., Bureau Int. Revenue, Washington, D. C., for petitioner.

Code E. Edwards, Fort Worth, Tex., for respondents.

Before HUTCHESON, Chief Judge, and RUSSELL, and STRUM, Circuit Judges.

RUSSELL, Circuit Judge.

These cases, consolidated for the purpose of appeal, present the same question and are controlled by the decision in Commissioner of Internal Revenue v. Guminski, 5 Cir., 198 F.2d 265.

The decision of the Tax Court is Affirmed.

STRUM, Circuit Judge, dissents.

**L. H. KINARD, Appellant, v. MAGMA EXTENSION MINING COMPANY, Appellee.**

No. 13768.

United States Court of Appeals Fifth Circuit.

Aug. 8, 1952.

Walter W. Calhoun, Atlanta, Ga., for appellant.

Edward S. White, Atlanta, Ga., for appellee.

Before HOLMES, BORAH, and RIVES, Circuit Judges.

RIVES, Circuit Judge.

The district court entered summary judgment for the plaintiff in the amount of $6,000.00 and the interest thereon represented by twelve checks, each for the sum of $500.00. After careful consideration, we find ourselves in agreement with Judge Hooper's well considered opinion appearing on pages 55 to 64, inclusive, of the record. For reasons therein sufficiently stated the court did not abuse its discretion in disallowing the plaintiff's motion to amend his answer; the entry of the summary judgment was proper, and it is

Affirmed.